IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00397-WYD-KLM

GWENDOLYN C. LONGSTAFF, an individual,

    Plaintiff,

v.

SHELL OIL COMPANY, a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Shell Oil Company's Unopposed Motion to Reset Scheduling Conference and Related Deadlines** [Docket No. 13; Filed April 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  As the case deadlines associated with the Scheduling Conference and the parties' Fed. R. Civ. 26(f) conference are tied to the date of the Scheduling Conference, such dates shall be automatically reset upon resetting of the Scheduling Conference.  However, the proposed dates to reset the Scheduling Conference are not available on the Court's calendar. Accordingly, the Scheduling Conference set for April 26, 2011 at 11:30 a.m. is **vacated** and *sua sponte* **RESET** to **June 15, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **June 10, 2010**.

    Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **June 10, 2010**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."  **All other case deadlines shall be as set forth in the Fed. R. Civ. P. and my prior Order [Docket No. 3].**

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must

show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  April 19, 2011