IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00397-WYD-KLM

GWENDOLYN C. LONGSTAFF, an individual,

    Plaintiff,

v.

SHELL OIL COMPANY, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss all claims of the Plaintiff with prejudice, filed June 13, 2011, [ECF No. 16], and the Court being fully advised in the matter;

    IT IS ORDERED that the Parties' Stipulated Motion to Dismiss is Granted. This action is hereby dismissed, with prejudice, each party to pay his or her own costs and attorneys' fees.

    Dated this 14th day of June, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE